merits within twenty days after the date of this decision, upon payment of twenty dollars costs and the disbursements of this appeal. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Midwood Park Company, Respondent, v. American Surety Company of New York, Appellant.— Judgment modified by deducting therefrom the extra allowance of $2,000, and as so modified judgment and order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

James Moffett, Appellant, v. Harris G. Eames, as Trustee, etc., Defendant, Impleaded with Gottfried Piel, as Sole Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Putnam, JJ., concurred; Carr, J., not voting.

James Moffett, Appellant, v. Gottfried Piel, as Executor, etc., of Hermann Petersen, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Putnam, JJ., concurred; Carr, J., not voting.

George M. Murray, Respondent, v. William Sager, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Genevieve Nugent, Respondent, v. Jennie Nugent, Individually and as Executrix, etc., of Patrick Nugent, Deceased, Appellant, Impleaded with Arthur H. Nugent and Others, Defendants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. Stephen W. Furlong, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. John F. Schmadeke, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1913.) — Order affirmed, with ten dollars costs and disbursements. We find no prejudicial error in the admission of evidence. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. Albro J. Newton Company, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1913.) — Order affirmed, with ten dollars costs and disbursements. We find no prejudicial error in the admission of evidence. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. John C. Morton and Albert Morton, Respondents, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1913.) — Order affirmed, with ten dollars costs and disbursements. We find no prejudicial error in the admission of evidence. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.